# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0877

_____

TIMOTHY THOMAS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Leon County.
Lance E. Neff, Judge.

November 7, 2025

PER CURIAM.

   AFFIRMED.

BILBREY, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Timothy Thomas, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.